**IN THE UNITED STATES DISTRICT COURT FOR**

**THE MIDDLE DISTRICT OF ALABAMA**

**AFFIDAVIT IN SUPPORT OF REQUEST**
**TO PROCEED IN FORMA PAUPERIS**

*ANTONIO D. DAVIS*
Plaintiff(s)

2:07-CV-574-MEF

vs.

*RICHARD ALLEN, ET AL.,*
Defendant(s)

I, _*ANTONIO D. DAVIS*_____, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?        YES ( )    NO ( ✔ )

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____*N/A*_____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _____*N/A*_____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO ( ✔ )
   B. Rent payments, interest or dividends?   YES ( )   NO ( ✔ )
   C. Pensions, annuities or life insurance payments?  YES ( )   NO ( ✔ )
   D. Gifts or inheritances?   YES ( )   NO ( ✔ )
   E. Any other sources?   YES ( ✔ )   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_FAMILY MEMBERS PROVIDE FINANCIAL ASSISTANCE TO_
_PURCHASE GOODS FROM PRISON CANTEEN._

3. Do you own cash, or do you have money in a checking or savings account? [Include       any       funds       in       prison accounts.]       YES ( ✓ )    NO ( )

If the answer is YES, state the total value of the items owned.
_SEE ATTACHED PMOD ACCOUNT SUMMARY_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?       YES ( )    NO ( ✓ )

If the answer is YES, describe the property and state its approximate value.
_N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _N/A_

_Antonio Davis_
Signature of Affiant

STATE OF ALABAMA
COUNTY OF _Montgomery_

     Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
     That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

X _Antonio D. Davis_
Signature of Affiant

Sworn to and subscribed before me this _1_ day of _June_ , _2007_.

_Jerome Pace_
Notary Public       My Commission Expires March 25, 2008

_Montgomery_ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-7-07___ .
(date)

_Antonio O. Davis_
**Signature of Affiant**

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_3.60_ on account to his credit at the _Draper Corr. Fac_ institution where he is confined.  I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1.  $ _.04_____ on the 1st day of _Dec 06_____
2.  $ _26.61_____ on the 1st day of _Jan 07_____
3.  $ _42.23_____ on the 1st day of _Feb 07_____
4.  $ _.30_____ on the 1st day of _March 07_____
5.  $ _44.68_____ on the 1st day of _April 07_____
6.  $ _14.97_____ on the 1st day of _May-07_____

_____

_____

_____

_____

_F S Brown -Acct Clerk_
**Authorized Officer of Institution**

DATE _6-8-07_____

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY


AIS #: 212703        NAME: DAVIS, ANTONIO DEMETRIUS        AS OF: 06/08/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 22 | $2.80 | $25.00 |
| JUL | 31 | $9.02 | $100.00 |
| AUG | 31 | $0.09 | $40.00 |
| SEP | 30 | $1.81 | $50.00 |
| OCT | 31 | $15.58 | $120.00 |
| NOV | 30 | $5.52 | $70.00 |
| DEC | 31 | $34.15 | $150.00 |
| JAN | 31 | $27.93 | $170.00 |
| FEB | 28 | $9.66 | $50.00 |
| MAR | 31 | $14.98 | $125.00 |
| APR | 30 | $9.54 | $90.00 |
| MAY | 31 | $37.52 | $185.00 |
| JUN | 8 | $26.41 | $0.00 |



MR. ANTONIO D. DAVIS #212703
DRAPER CORRECTIONAL CENTER
P.O. BOX 1107
ELMORE, AL. 36025-1107

from an Alabama State Prison The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
15 LEE STREET
MONTGOMERY, AL. 36104

LEGAL USE ONLY