| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) J.D. STEVE  C. Date of Delivery 7-05-07 |
| 1. Article Addressed to:<br><br>Deborah Stutts<br>The State of Alabama Probation and Parole<br>Birmingham Office<br>2721 2nd Avenue North<br>Birmingham, AL 35203<br><br>07cv574    C + OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 9037 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540