IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO D. DAVIS, #212703, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07-CV-574-MEF |
| | )            [WO] |
| RICHARD ALLEN, et al., | ) |
| | ) |
|    Defendants | ) |

## **ORDER**

On July 3, 2007, the Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

   1. The Recommendation is ADOPTED;

   2. The plaintiff's claims against the Alabama Department of Corrections, the Alabama Board of Pardons and Paroles, and the Jefferson County Probation and Parole Office be dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

   3. The Alabama Department of Corrections, the Alabama Board of Pardons and Paroles, and the Jefferson County Probation and Parole Office be dismissed as defendants in this cause of action;

   4. This case, with respect to the false information claim against Richard Allen and Deborah Stutts, be referred back to the magistrate judge for appropriate proceedings.

   DONE this the 31st day of July, 2007.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE