**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ANTONIO D. DAVIS, #212703** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **Case No.: 2:07-CV-574-MEF** |
| | ) |
| **RICHARD ALLEN, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, **Richard Allen,** by and through the undersigned counsel, and move for an extension of time of thirty (30) days to file his Answer and Special Report in this cause and for grounds states as follows:

1. The Defendant's Answer and Special Report in this cause are due August 13, 2007.

2. Undersigned counsel has not had an opportunity to review all of the information that is necessary to file a response to Plaintiff's complaint.

5. The Defendant's Special Report cannot be prepared without the proper review of these records.

6. This is said Defendant's first request for an extension.

7. This enlargement should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time for thirty (30) additional days, up to and including **September 12, 2007**, to file his Answer and Special Report.

Respectfully Submitted,


/s/ MARY GOLDTHWAITE
MARY GOLDTHWAITE (GOL013)
Assistant Attorney General
Counsel for Defendant


OF COUNSEL:


OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)


## CERTIFICATE OF SERVICE

I certify that I have on this the 9th day of August, 2007, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Antonio Davis, #212703
Draper Correctional Facility
PO Box 1107
Elmore, AL  36025


/s/  MARY GOLDTHWAITE
OF COUNSEL