IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO D. DAVIS, #212703, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-574-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Allen on August 9, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Allen be GRANTED an extension from August 13, 2007 to and including September 12, 2007 to file his special report and answer.

Done this 9th day of August, 2007.

                                                   /s/ Wallace Capel, Jr.
                                             WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE