**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ANTONIO D. DAVIS, #212703** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 2:07-CV-574-MEF |
| | ) |
| **RICHARD ALLEN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## SECOND MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, **Richard Allen,** by and through the undersigned counsel, and move for an additional extension of time of thirty (30) days to file his Answer and Special Report in this cause and for grounds states as follows:

1. The Defendant's Answer and Special Report in this cause are due September 12, 2007.

2. Due to undersigned counsel's current case load, she has not had sufficient time to review all of the information necessary to prepare and file a response to Plaintiff's Complaint.

3. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time for thirty (30) additional days, up to and including **October 15, 2007**, to file his Answer and Special Report.

Respectfully Submitted,

/s/ MARY GOLDTHWAITE
MARY GOLDTHWAITE (GOL013)
Assistant Attorney General
Counsel for Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I certify that I have on this the 11th day of September, 2007, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Antonio Davis, #212703
Draper Correctional Facility
PO Box 1107
Elmore, AL  36025

/s/  MARY GOLDTHWAITE
OF COUNSEL