IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 NOV -5 A 10: 28

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTONIO D. DAVIS, #212703,<br>Plaintiff,<br><br>v.<br><br>RICHARD ALLEN, et al.,<br>Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  2.07-CV-574-MEF.<br>)<br>) |

### REQUEST FOR EXTENSION OF TIME

Comes now the Plaintiff , Antonio D. Davis - #212703 , prose , by and through himself , in the above style cause , respectfully moving this honorable Court , pursuant to FRCVP , for fourteen (14) days extension of time to file response due on [11/05/07] to the Defendants [Special Report] that was filed on [10/15/07]. In support therefor the Plaintiff herein states as follows:

(1) Due to Plaintiff institutional job assignment and limited access to the inmate law library. Plaintiff has been unable to complete his responsive pleading ordered by this honorable Court to be filed by [11/05-/07.

Done on this 1st day of November , 2007.

Respectfully submitted,

S/ Antonio D. Davis #212703

Antonio D. Davis - #212703 / B2-4A
[Prose/Plaint]
Draper Correctional Facility
Post Office Box 1107
Elmore , Alabama 36025-1107

Page 1. of 2

## CERTIFICATE OF SERVICE

I , inmate Antonio D. Davis - #212703 , the Plaintiff herein , hereby certify that on this 1st day of November , 2007 , I have served a true and exact copy of the foregoing pleading upon the Defendants attorney as the following states:

    Hon. Mary Goldthwaite (GOL013)
    Assistant Attorney General
    Office of the Attorney General
    11 South Union Street
    Montgomery , Alabama 36130,

by placing a copy of the same in the United States Postal Mail service at Draper Correctional Facility , properly addressed and postaged.

                                          s/ Antonio D. Davis #212703
                                          Antonio D. Davis - #212703
                                            [Prose/Plaintiff]



Antonio D. Davis - #212903
Draper Corr. Fac. /B2.4a
P.O. Box 1107
Elmore, AL 36025-1107

MONTGOMERY AL 361
02 NOV 2007 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

**LEGAL USE ONLY**