IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO D. DAVIS, #212703, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-574-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 5, 2007 (Court Doc. No. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff be GRANTED an extension from November 5, 2007 to and including November 19, 2007 to file his response to the defendants' special reports.

Done this 6th day of November, 2007.

                                                /s/ Wallace Capel, Jr.
                                           WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE