IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| ANTONIO D. DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-CV-574-MEF-WC** |
| | ) | |
| RICHARD ALLEN | ) | |
| | ) | |
| Defendant, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW*, Richard Allen*, Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____


03/07/08                             /s/ Mary Goldthwaite_____
Date                                 Counsel Signature

                                     Richard Allen_____
                                     Counsel for (print names of all parties)

                                     11 South Union Street Montgomery, AL 36130
                                     Address, City, State Zip Code

                                     334-353-9189_____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Mary Goldthwaite, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 7th day of March, 2008, to:

**Antonio Davis, #212703**
**Draper Correctional Facility**
**PO Box 1107**
**Elmore, AL  36-025**

03/07/08_____          /s/  Mary Goldthwaite_____
     Date                            Signature