In The United States District Court
Middle District Of Alabama
Northern Division

Antonio D. Davis - B/#212703
    Plaintiff,
vs
Richard Allen et Al.,
    Defendants

Civil Action No:
2:07-CV-574-MEF


This is to inform you that my New Address is:

Antonio D. Davis 212703
Fountain 3800  J-80-B
Atmore Al. 36503

5-28-08
Date

Anthony B. Davis 2/273
Fountain 3800 J-80-B
Atmore, AL 36503

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala, 36101-0711

36101071 B007